# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO G. PAEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMUNITY REGIONAL MEDICAL CENTER, et al., <br><br> Defendants. | Case No.  1:17-cv-00215-LJO-SAB (PC) <br><br> ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT <br><br> (ECF No. 7) |

Plaintiff Guillermo G. Paez, Jr., is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 17, 2017, Plaintiff's application to proceed in forma pauperis was granted and Plaintiff was ordered to file a certified copy of his trust account statement. (ECF Nos. 1, 2.)  On March 22, 2017, Plaintiff filed a certified copy of his trust account statement and a second application to proceed in forma pauperis.  (ECF No. 7.)  Since Plaintiff's application to proceed in this action without prepayment of fees has already been granted, the application to proceed in forma pauperis filed on March 22, 2017, is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 23, 2017**

UNITED STATES MAGISTRATE JUDGE

1